# Order

Michigan Supreme Court
Lansing, Michigan

September 22, 2008

134330

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

DARRYL GENE ORR,
   Defendant-Appellant.

SC: 134330
COA: 267189
Wayne CC: 04-005074-01

_____/

   By order of January 30, 2008, the application for leave to appeal the May 17, 2007 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Taylor* (Docket No. 134206). On order of the Court, the case having been decided on July 11, 2008, 481 Mich 943 (2008), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2008

_____
Clerk

p0915